# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**FREDERICK BANKS**                                                                             **PLAINTIFF**

**v.**                             **Case. No. 4:13-cv-00456-KGB**

**SHERWOOD ADAMS,** *et al*.                                                              **DEFENDANTS**

## ORDER

    Plaintiff Frederick Banks filed his complaint on July 5, 2013, in the United States District Court for the Middle District of Pennsylvania (Dkt. No. 1).  On August 8, 2013, the United States District Court for the Middle District of Pennsylvania transferred the case to this Court upon a finding that venue was proper in the Eastern District of Arkansas (Dkt. No. 5).  Since that date, Mr. Banks has not continued to pursue his claim.  None of the defendants have been served in this action.  Mr. Banks has not filed anything except his original complaint.

    On September 14, 2016, this Court ordered Mr. Banks to show excusable neglect regarding his failure to serve timely defendants within 14 days of the entry of that Order or his case would be dismissed (Dkt. No. 7).  14 days have passed, and Mr. Banks has not made a filing with the Court showing excusable neglect.  Therefore, this action is dismissed without prejudice.

    So ordered this the 30th day of September, 2016.

_____
Kristine G. Baker
United States District Judge